Cheryl C. Rouse (State Bar Number 118313)
Norman P. Bahlert (State Bar Number 135693)
**LAW OFFICES OF ROUSE & BAHLERT**
1246 18th Street
San Francisco, CA 94107
Mailing Address:
1459 18th Street, #104
San Francisco, CA 94107
Telephone: (415) 575-9444
rblaw@ix.netcom.com

Attorneys for Plaintiff
Landmark Collection Services, Inc.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>BRYAN APPIO fka BRYAN LEWIS<br><br>Debtor | Case No.    8:22-bk-11375-SC<br><br>Chapter 7 |
| LANDMARK COLLECTION SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>BRYAN APPIO fka BRYAN LEWIS,<br><br>Defendant | Adv.Pro.No.   8:23-ap-01026-SC<br><br>STIPULATION TO CONTINUE TRIAL DATE AND ASSOCIATED DEADLINES<br><br>Trial Date: October 21, 2024<br>Time:    9:30 a.m.<br>Ctrm: 5C<br>Place: 411 W. Fourth Street<br>      Santa Ana, CA 92701 |

TO THE COURT AND ALL INTERESTED PARTIES:

Plaintiff Landmark Collection Services, Inc., and Defendant Bryan Appio by and through their respective counsel hereby stipulate to continue the trial for a period of least 45 days for the following reasons:

Stipulation to Continue Trial Date                                1

Plaintiff's complaint states four claims for relief: First and Second Claims for nondischargeability under 11 U.S.C. § 523(a)(6), and the Third and Fourth Claims for Relief in the Complaint for Denial of Discharge under 11 U.S.C. §§ 727(a)(2) and 727(a)(4)(A). Trial is currently set on the Third and Fourth Claims for October 21, 2024, the other claims having been held in abeyance pending resolution the § 727 claims.

The parties participated in a mediation session on October 2, 2024 with James R. Felton, Esq. and made substantial progress on settling all claims asserted in the complaint. The parties have agreed to continue with the mediation discussions with Mr. Felton. If successful, the settlement will need to be memorialized in writing and, since this case involves 727 claims, a motion for approval will need to be noticed, with service on all creditors in the case.

Accordingly, the parties respectfully request a continuance of the trial date to try to resolve the claims and filed the appropriate motion.

Respectfully submitted,

LAW OFFICES OF ROUSE & BAHLERT

Dated: October 2, 2024

By: /s/ Cheryl C. Rouse
Cheryl C. Rouse, Esq.
Attorneys for the Plaintiff

**KHANG & KHANG LLP**

Dated: October 2, 2024

By: _____
Joon M. Khang, Esq.
Attorneys for the Defendant