Cheryl C. Rouse (State Bar Number 118313)
Norman P. Bahlert (State Bar Number 135693)
**LAW OFFICES OF ROUSE & BAHLERT**
1246 18th Street
San Francisco, CA 94107
Mailing Address:
1459 18th Street, #104
San Francisco, CA 94107
Telephone: (415) 575-9444
rblaw@ix.netcom.com

Attorneys for Plaintiff
Landmark Collection Services, Inc.

**FILED & ENTERED**

**OCT 03 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>BRYAN APPIO fka BRYAN LEWIS<br><br><br>Debtor<br>_____<br><br>LANDMARK COLLECTION SERVICES, INC.<br><br>    Plaintiff,<br>v.<br><br>BRYAN APPIO fka BRYAN LEWIS,<br><br>    Defendant<br>_____ | Case No.        8:22-bk-11375-SC<br><br>Chapter 7<br><br><br><br><br>Adv.Pro.No.  8:23-ap-01026-SC<br><br><br>ORDER APPROVING STIPULATION TO CONTINUE TRIAL DATE AND ASSOCIATED DEADLINES<br><br>Trial<br>Date:  October 21, 2024<br>Time:  1:30 p.m.<br>Ctrm:  5C<br>Place:  411 W. Fourth Street<br>        Santa Ana, CA 92701 |

The Court, having reviewed the Stipulation to Continue Trial Date and associated

deadlines, filed on October 2, 2024, Doc. 49, and good cause appearing therefore,

**IT IS ORDERED:**

1.      Stipulation filed on October 2, 2024 (Doc 49) is hereby approved.

2.      The trial date of October 21, 2024 is hereby vacated.

3.      A trial shall be held on January 21, 2025, commencing at 9:30 a.m. only as to the

Third and Fourth Claims for Relief in the Complaint for Denial of Discharge under 11

U.S.C. §§ 727(a)(2) and 727(a)(4)(A). The remainder of the asserted claims shall be

held in abeyance pending resolution of the § 727 claims.

                                        ###

Date: October 3, 2024

Scott C. Clarkson
United States Bankruptcy Judge