United States Bankruptcy Court

Central District of California

Landmark Collection Services, Inc.,
    Plaintiff

Appio,
    Defendant

Adv. Proc. No. 23-01026-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 1
Date Rcvd: Oct 04, 2024      Form ID: pdf031      Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Bryan Appio |
| pla | | Landmark Collection Services, Inc. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 05, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cheryl C. Rouse | on behalf of Plaintiff Landmark Collection Services Inc. rblaw@ix.netcom.com |
| Joon M Khang | on behalf of Defendant Bryan Appio joon@khanglaw.com |
| Karen S Naylor (TR) | alane@ringstadlaw.com knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 4

Cheryl C. Rouse (State Bar Number 118313)
Norman P. Bahlert (State Bar Number 135693)
**LAW OFFICES OF ROUSE & BAHLERT**
1246 18th Street
San Francisco, CA  94107
Mailing Address:
1459 18th Street, #104
San Francisco, CA 94107
Telephone: (415) 575-9444
rblaw@ix.netcom.com

Attorneys for Plaintiff
Landmark Collection Services, Inc.

**FILED & ENTERED**

OCT 03 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

|  |  |
|---|---|
| IN RE:<br><br>BRYAN APPIO fka BRYAN LEWIS<br><br>Debtor<br>_____<br><br>LANDMARK COLLECTION SERVICES, INC.<br><br>   Plaintiff,<br>v.<br><br>BRYAN APPIO fka BRYAN LEWIS,<br><br>   Defendant<br>_____ | Case No.    8:22-bk-11375-SC<br><br>Chapter 7<br><br><br><br><br>Adv.Pro.No.   8:23-ap-01026-SC<br><br><br>ORDER APPROVING STIPULATION TO CONTINUE TRIAL DATE AND ASSOCIATED DEADLINES<br><br><br>Trial<br>Date:  October 21, 2024<br>Time:  1:30 p.m.<br>Ctrm:  5C<br>Place:  411 W. Fourth Street<br>         Santa Ana, CA 92701 |

The Court, having reviewed the Stipulation to Continue Trial Date and associated deadlines, filed on October 2, 2024, Doc. 49, and good cause appearing therefore,

1

**IT IS ORDERED:**

1. Stipulation filed on October 2, 2024 (Doc 49) is hereby approved.

2. The trial date of October 21, 2024 is hereby vacated.

3. A trial shall be held on January 21, 2025, commencing at 9:30 a.m. only as to the Third and Fourth Claims for Relief in the Complaint for Denial of Discharge under 11 U.S.C. §§ 727(a)(2) and 727(a)(4)(A). The remainder of the asserted claims shall be held in abeyance pending resolution of the § 727 claims.

###

Date: October 3, 2024

Scott C. Clarkson
United States Bankruptcy Judge